## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISON CAPEL,
BROOKE NORMAN,
and THE ESTATE OF THOMAS
DANIEL CAPEL,

      Plaintiffs.

    v.

LAURA CAPEL,

      Defendant.

No. 4:18-CV-00918

(Judge Brann)

## ORDER

### NOVEMBER 14, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, ECF No. 9, is **GRANTED**, and Plaintiffs' Complaint, ECF No. 1, is **DISMISSED AS FOLLOWS**:

1.  All claims brought on behalf of the Estate of Thomas Daniel Capel are **DISMISSED WITH PREJUDICE**.

2.  Count VII is **DISMISSED WITH PREJUDICE**.

3.  The claims brought by Harrison Capel and Brooke Norman in Counts I, II, III, IV, V, VI, and IX are **DISMISSED WITHOUT PREJUDICE**. Within seven (7) days of the date of this Order, Plaintiffs may amend

these claims to correct the deficiencies identified in the accompanying Memorandum Opinion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge