IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRISON CAPEL and BROOKE NORMAN, | No. 4:18-CV-00918 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| LAURA CAPEL, | |
| Defendant. | |

## ORDER

**FEBRUARY 22, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, ECF No. 21, is **GRANTED** in its entirety, and all claims in Plaintiffs' Amended Complaint, ECF No. 20, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge